IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEY KOTSYUBA<br>　　　　　Plaintiff<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES<br>　　　and<br>DISCOVER FINANCIAL SERVICES, LLC<br>　　　and<br>DISCOVER BANK<br>　　　　　Defendants | CIVIL ACTION<br><br><br><br>NO.　　14-cv-1413(RK) |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

　　Pursuant to Rule 41(a)(1), kindly dismiss the above matter without prejudice.


DATED: August 4, 2014　　　　　　　　　　*/s/  Andrew M. Milz*
　　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　FLITTER LORENZ, P.C.
　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　(610) 822-0782